(Reap. Dec. 10292)

INNOCENTI CORPORATION (W. R. ZANES & CO. OF LA., INC.) *v.* UNITED STATES

▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉

Entry No. 9703.

(Decided July 3, 1962)

*Siegel, Mandell & Davidson* for the plaintiff.
*Joseph D. Guilfoyle,* Acting Assistant Attorney General, for the defendant.

RAO, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation:

IT IS STIPULATED AND AGREED by and between the respective parties hereto, subject to the approval of the Court, as follows:

That the merchandise covered by the appeal for reappraisement noted above consists of motorscooters, plus extra parts, exported from Italy during 1959.

That at the time of export such or similar merchandise was not freely offered for sale to all purchasers in the principal markets of Italy for home consumption or for export to the United States nor was it freely offered for sale to all purchasers in the principal market of the United States for domestic consumption.

That "cost of production" as defined in Section 402a(f) of the Tariff Act of 1930 for such merchandise at the time immediately preceding the date of exportation was Lira 108,010.00, plus extras, as invoiced, packed.

IT IS FURTHER STIPULATED AND AGREED that the appeal for reappraisement may be deemed submitted for decision on this stipulation.

Upon the agreed facts, I find cost of production, as that value is defined in section 402a(f) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, to be the proper basis for the determination of the value of the merchandise, covered by this appeal for reappraisement, and that such value was lire 108,010, plus extras, as invoiced, packed.

Judgment will be entered accordingly.